458 BERLES vs. CIRCUIT COURT COMMISSIONER (Kent), No. 14315, 104 M., 129. (Certiorari to Kent.)

To compel respondent to set aside an order requiring relator to appear before him and submit to an examination concerning his property. The circuit judge denied the writ.

Affirmed February 12, 1895, with costs.

Judgment had been rendered in the Circuit. Court for the County of Kent against relator. Execution was issued thereon, and returned nulla bona. Plaintiff thereupon presented an affidavit for the examination of relator under oath, under How. Stat., Sec. 8107.